```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                  CASE NO. 05 B 22142
   MAUREEN JEAN ODONNELL
                                        CHAPTER 13

                                        JUDGE: JACQUELINE P COX

           Debtor
   SSN XXX-XX-2531


--------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 06/03/2005 and was confirmed 08/29/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated  23.83% from remaining funds.

     The case was paid in full 06/19/2008.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS         CLAIM AMOUNT    INTEREST     PRINCIPAL
                                                           PAID         PAID
--------------------------------------------------------------------------
GENERAL MOTORS ACCEPTANC   SECURED              .00          .00           .00
GENERAL MOTORS ACCEPTANC   UNSECURED      NOT FILED          .00           .00
LASALLE BANK/ABN AMRO      CURRENT MORTG        .00          .00           .00
ECAST SETTLEMENT CORP      UNSECURED OTH   9500.42          .00       2264.14
RESURGENT ACQUISITION LL   UNSECURED      17979.84          .00       4284.78
CAPITAL ONE BANK           UNSECURED      NOT FILED          .00           .00
RESURGENT ACQUISITION LL   UNSECURED      18342.09          .00       4371.10
MATTHEW M LITVAK           DEBTOR ATTY     600.00                      600.00
TOM VAUGHN                 TRUSTEE                                     719.98
DEBTOR REFUND              REFUND                                      173.00

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                       RECEIPTS           DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE               12,413.00

PRIORITY                                         .00
SECURED                                          .00
UNSECURED                                   10,920.02
ADMINISTRATIVE                                 600.00
TRUSTEE COMPENSATION                           719.98
DEBTOR REFUND                                  173.00
                      --------------       --------------
TOTALS                12,413.00             12,413.00




          PAGE   1 - CONTINUED ON NEXT PAGE
     CASE NO. 05 B 22142 MAUREEN JEAN ODONNELL
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

|  |  |
|---|---|
| Dated: 09/25/08 | /s/ Tom Vaughn <br> _____ <br> TOM VAUGHN <br> CHAPTER 13 TRUSTEE |